**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

---

NOCAMS MUSKEGO, INC.,
CITIZENS DEFENDING LIBERTY,
and DONAVAN HAIDINGER,

Plaintiffs,

Case No. 26-CV-1863

v.

CITY OF MUSKEGO, CITY OF OCONOMOWOC,
CITY OF NEW BERLIN, VILLAGE OF MUKWONAGO,
CITY OF WAUKESHA, CITY OF DELAFIELD,
VILLAGE OF HARTLAND, CITY OF BROOKFIELD,
VILLAGE OF MENOMONEE FALLS, VILLAGE OF
ELM GROVE, VILLAGE OF PEWAUKEE and
WAUKESHA COUNTY,

Defendants.

---

## JOINT NOTICE OF REMOVAL

---

**PLEASE TAKE NOTICE** that the Defendants, City of Muskego, City of Oconomowoc, City of New Berlin, Village of Mukwonago, City of Waukesha, City of Delafield, Village of Hartland, City of Brookfield, Village of Menomonee Falls, Village of Elm Grove, Village of Pewaukee, and Waukesha County, in that certain proceeding entitled *NoCams Muskego, Inc., et al. v. City of Muskego, et al.*, bearing case number Case No. 2026CV001605 on the docket of the Circuit Court for the County of Waukesha, State of Wisconsin, hereby notice removal of the said civil action to the United States District Court for the Eastern District of Wisconsin (Milwaukee Division). This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446. As grounds for this removal, all Defendants represent the following:

## **Introduction**

1. On September 9, 2026, the Plaintiffs commenced a civil action against Defendants by filing a complaint in the Circuit Court of Waukesha County, Wisconsin, captioned *NoCams Muskego, Inc., et al. v. City of Muskego, et al.*, bearing case number Case No. 2026CV001605 (the "Complaint").
2. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders served on Defendants in the state court action as of the date of this Notice is attached as Exhibit A.
3. The Complaint is an initial pleading for purposes of § 1446(b).
4. The Complaint was filed on September 9, 2026. On September 18, 2026, the undersigned counsel accepted service on behalf of all Defendants. Because this notice of removal is being filed within 30 days of the earliest service date on any defendant, it is necessarily being filed within thirty days of the date on which the Defendants were served with a copy of the complaint. Removal of this action on this date is therefore proper and timely.
5. As discussed below, this is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 because the Complaint asserts causes of action created by federal law.

## **This Notice Is Timely Filed in Accordance with § 1446(b)(1)**

6. This Notice of Removal is timely because it is filed within thirty days of the date on which the Defendants were served with a copy of the initial pleading setting forth Plaintiffs' claims and causes of action. See 28 U.S.C. § 1446(b)(1).

## **Federal Question Jurisdiction Exists Under § 1331**

7. Pursuant to 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." "A case arises under federal law if a well-pleaded complaint establishes either that federal law creates the cause of action or that the plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law." *Trustees of Carpenters' Health and Welfare Trust Fund of St. Louis v. Darr*, 694 F.3d 803, 806 (7th Cir. 2012) (cleaned up).

8. The Complaint in this case asserts two causes of action, both of which are created by federal law. Specifically, Count I of the Complaint purports to allege a direct cause of action under the Fourth Amendment. Count II of the Complaint alleges a violation of 42 U.S.C. § 1983 predicated on an alleged violation of the Fourth Amendment.

9. Pursuant to 28 U.S.C. § 1331, the Court has original jurisdiction over both of Plaintiffs' claims.

## **OTHER REMOVABILITY REQUIREMENTS**

10. Removal to this Court is an appropriate venue pursuant to 28 U.S.C. § 1441(a) because the United States District Court for the Eastern District of Wisconsin (Milwaukee division) is the district embracing the location where the lawsuit is currently pending, the County of Waukesha. *See also* 28 U.S.C. § 130(a).

11. Promptly after the filing of this Notice of Removal, Defendants will provide notice of the removal to Plaintiff through their attorney of record in the State Court Action and to the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d). A true and correct copy of the Notice to Adverse Party of Removal is attached hereto as Exhibit B. A true and correct copy of the Notice of Filing of Removal to be filed in the Circuit

Court of Waukesha County, Wisconsin, is attached hereto as Exhibit C. A file-stamped copy of the Notice of Filing of Removal by Defendants in the Circuit Court of Waukesha County, Wisconsin, will be filed with this Court when received.

12. All Defendants join in the removal of this action in accordance with 28 U.S.C. § 1446(b)(2)(A).

**NON-WAIVER OF DEFENSES**

13. Defendants reserve the right to amend and supplement this Notice of Removal.

14. By removing this action from the Circuit Court of Waukesha County, Wisconsin, Defendants do not waive any defenses available to them. Defendants reserve all defenses and the filing of this Notice of Removal is subject to any such defenses.

15. By removing this action from the Circuit Court of Waukesha County, Wisconsin, Defendants do not waive any defenses available to them. Defendants reserve all defenses and the filing of this Notice of Removal is subject to any such defenses.

**WHEREFORE**, this Court has jurisdiction pursuant to 28 U.S.C. § 1331 based on the existence of a federal question in the action between Plaintiffs and Defendants, and Defendants hereby remove the above-captioned action from the Circuit Court of Waukesha County, Wisconsin, to the United States District Court for the Eastern District of Wisconsin.

Dated this 7th day of October, 2026.

CRIVELLO, NICHOLS & HALL, S.C.
Attorneys for Defendants

By: *s/ Samuel C. Hall, Jr.*
SAMUEL C. HALL, JR.
State Bar No. 1045476
MOLLY K. WOODFORD
State Bar No. 1126884
710 N. Plankinton Avenue, Suite 500
Milwaukee, WI 53203
Phone: 414-271-7722
Email: shall@crivellolaw.com
mwoodford@crivellolaw.com