**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

---

NOCAMS MUSKEGO, INC.,
CITIZENS DEFENDING LIBERTY,
and DONAVAN HAIDINGER,

Plaintiffs,

Case No. 26-CV-1863

v.

CITY OF MUSKEGO, CITY OF OCONOMOWOC,
CITY OF NEW BERLIN, VILLAGE OF MUKWONAGO,
CITY OF WAUKESHA, CITY OF DELAFIELD,
VILLAGE OF HARTLAND, CITY OF BROOKFIELD,
VILLAGE OF MENOMONEE FALLS, VILLAGE OF
ELM GROVE, VILLAGE OF PEWAUKEE and
WAUKESHA COUNTY,

Defendants.

---

**ADVERSE PARTY NOTICE OF FILING OF REMOVAL TO UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN**

---

**PLEASE TAKE NOTICE** that the Defendants, City of Muskego, City of Oconomowoc, City of New Berlin, Village of Mukwonago, City of Waukesha, City of Delafield, Village of Hartland, City of Brookfield, Village of Menomonee Falls, Village of Elm Grove, Village of Pewaukee, and Waukesha County, by and through their undersigned counsel, have filed the attached notice of removal with the Clerk of the United States District Court for the Eastern District of Wisconsin.

EXHIBIT B

Dated this 7th day of October, 2026.

CRIVELLO, NICHOLS & HALL, S.C.
Attorneys for Defendants

By: *s/ Samuel C. Hall, Jr.*
SAMUEL C. HALL, JR.
State Bar No. 1045476
MOLLY K. WOODFORD
State Bar No. 1126884
710 N. Plankinton Avenue, Suite 500
Milwaukee, WI 53203
Phone: 414-271-7722
Email: shall@crivellolaw.com
mwoodford@crivellolaw.com