STATE OF WISCONSIN CIRCUIT COURT WAUKESHA COUNTY

NOCAMS MUSKEGO, INC.,
CITIZENS DEFENDING LIBERTY,
and DONAVAN HAIDINGER,

Plaintiffs,

v.

Case No. 26CV001605
Case Code: 30701

CITY OF MUSKEGO, CITY OF OCONOMOWOC,
CITY OF NEW BERLIN, VILLAGE OF MUKWONAGO,
CITY OF WAUKESHA, CITY OF DELAFIELD,
VILLAGE OF HARTLAND, CITY OF BROOKFIELD,
VILLAGE OF MENOMONEE FALLS, VILLAGE OF
ELM GROVE, VILLAGE OF PEWAUKEE and
WAUKESHA COUNTY,

Defendants.

---

**NOTICE OF FILING OF REMOVAL TO FEDERAL DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN**

---

**PLEASE TAKE NOTICE** that on October 7, 2026, the Defendants, City of Muskego, City of Oconomowoc, City of New Berlin, Village of Mukwonago, City of Waukesha, City of Delafield, Village of Hartland, City of Brookfield, Village of Menomonee Falls, Village of Elm Grove, Village of Pewaukee, and Waukesha County, by and through their undersigned counsel, filed the attached notice of removal with the Clerk of the United States District Court for the Eastern District of Wisconsin.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 28 U.S.C. § 1446, the filing of the Notice of Removal in the United States District Court removes this action and this Court may proceed no further in this case unless and until the case is remanded.

EXHIBIT C

Dated this 7th day of October, 2026.


CRIVELLO, NICHOLS & HALL, S.C.
Attorneys for Defendants

By: *Electronically signed by Samuel C. Hall, Jr.*
SAMUEL C. HALL, JR.
State Bar No. 1045476
MOLLY K. WOODFORD
State Bar No. 1126884
710 N. Plankinton Avenue, Suite 500
Milwaukee, WI 53203
Phone: 414-271-7722
Email: shall@crivellolaw.com
mwoodford@crivellolaw.com