UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

NOCAMS MUSKEGO, INC.,
CITIZENS DEFENDING LIBERTY,
and DONAVAN HAIDINGER,

Plaintiffs,

Case No. 26-CV-1863

v.

CITY OF MUSKEGO, CITY OF OCONOMOWOC,
CITY OF NEW BERLIN, VILLAGE OF MUKWONAGO,
CITY OF WAUKESHA, CITY OF DELAFIELD,
VILLAGE OF HARTLAND, CITY OF BROOKFIELD,
VILLAGE OF MENOMONEE FALLS, VILLAGE OF
ELM GROVE, VILLAGE OF PEWAUKEE and
WAUKESHA COUNTY,

Defendants.

---

**DEFENDANTS' MOTION TO STAY ALL PROCEEDINGS PENDING THE SEVENTH CIRCUIT COURT OF APPEALS' DECISION IN *SCHOLL V. ILLINOIS STATE POLICE***

---

Defendants, by their attorneys, Crivello, Nichols & Hall, S.C., respectfully moves the Court for an order staying all proceedings pending the Seventh Circuit Court of Appeals' decision in *Scholl v. Illinois State Police*.

## RELEVANT PROCEDURAL HISTORY

On September 9, 2026, Plaintiffs filed their complaint in state court. (Dkt. 1-1). On October 7, 2026, Defendants removed this case to federal court, (Dkt. 1), and filed a motion to dismiss.

## ***SCHOLL V. ILLINOIS STATE POLICE***

In *Scholl v. Illinois State Police*, the plaintiffs sought, much as Plaintiffs do here, to enjoin the defendants' "warrantless use of the LEARN database," which is a "national database [that] compiles and stores billions of license plate photos taken by ALPRs in Illinois and elsewhere." 776 F. Supp. 3d 701, 707, 710 (N.D. Ill. 2025). The defendants' arguments there regarding the merits of Scholl's Fourth Amendment claims, as well as her standing, are similar to those Defendants have made here in their motion to dismiss. *Compare* 776 F. Supp. 3d 701 *with* (Dkt. 3). The defendants' motion to dismiss in *Scholl* was granted. 776 F. Supp. 3d at 721.

The plaintiffs in *Scholl* appealed and arguments were held before a Seventh Circuit panel on September 29, 2026.[1]

## A STAY IN THESE CIRCUMSTANCES IS APPROPRIATE

"The Court has the inherent power to issue a stay to promote efficiency and to save time and money for litigants." *Johnson v. Navient Sols., Inc.*, 150 F. Supp. 3d 1005, 1007 (S.D. Ind. 2015) (citing *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). Accordingly:

> [a] trial court may, with propriety, find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case. This rule applies whether the separate proceedings are judicial, administrative, or arbitral in character, and does not require that the issues in such proceedings are necessarily controlling of the action before the court.

*Leyva v. Certified Grocers of California, Ltd.*, 593 F.2d 857, 863–64 (9th Cir. 1979).

A stay is appropriate here because the Seventh Circuit's decision in *Scholl* is poised to decide many of the fundamental disagreements between the parties. The issues and arguments in *Scholl* are very similar to those here, and the Seventh Circuit's decision regarding both the merits

---

[1] *See* https://ecf.ca7.uscourts.gov/n/beam/servlet/TransportRoom?servlet=CaseSummary.jsp&caseNum=25-1847&incOrigDkt=Y&incDktEntries=Y . This Court "may take judicial notice of public court dockets[.]" *Hughes v. Miller*, 521 F. Supp. 3d 781, 785 n.2 (E.D. Wis. 2021) (citing *Ennenga v. Starns*, 677 F.3d 766, 773–74 (7th Cir. 2012)).

of the Fourth Amendment claim and standing issues will likely control this case. Therefore, a stay of litigation pending the Seventh Circuit's decision will "promote efficiency and to save time and money for litigants" and the Court. *Johnson*, 150 F. Supp. 3d at 1007.

## CONCLUSION

For all of the foregoing reasons, Defendants respectfully requests that this matter be stayed pending the Seventh Circuit's decision in *Scholl v. Illinois State Police.*

Dated this 7th day of October, 2026.


CRIVELLO, NICHOLS & HALL, S.C.
Attorneys for Defendants

By: *s/ Samuel C. Hall, Jr.*
SAMUEL C. HALL, JR.
State Bar No. 1045476
MOLLY K. WOODFORD
State Bar No. 1126884
710 N. Plankinton Avenue, Suite 500
Milwaukee, WI 53203
Phone: 414-271-7722
Email: shall@crivellolaw.com
mwoodford@crivellolaw.com