# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| NOCAMS MUSKEGO, INC., *Plaintiff* | ) | |
| v. | ) | Case No. |
| CITY OF MUSKEGO, et al. *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court. I appear in this case as retained counsel for: City of Muskego, City of Oconomowoc, City of New Berlin, Village of Mukwonago, City of Waukesha, City of Delafield, Village of Hartland, City of Brookfield, Village of Menomonee Falls, Village of Elm Grove, Village of Pewaukee and Waukesha County .

Date: 10/07/2026

s/ Molly K. Woodford
*Attorney's signature*


Molly K. Woodford State Bar No. 1126884
*Printed name and bar number*

710 N. Plankinton Avenue, Suite 500
Milwaukee, WI 53203
*Address*

mwoodford@crivellolaw.com
*E-mail address*

(414) 271-7722
*Telephone number*

(414) 271-4438
*FAX number*


Print | Save As... | Reset