# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| NOCAMS MUSKEGO, INC., et al.<br>*Plaintiff*<br>v.<br>CITY OF MUSKEGO, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 2:26-cv-01863 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NoCams Muskego, Inc., Citizens Defending Liberty, and Donavan Haidinger .

Date: 10/12/2026

s/ Rebecca C. Furdek
*Attorney's signature*

Rebecca C. Furdek, WI Bar No. 1101543
*Printed name and bar number*

Wisconsin Institute for Law & Liberty, Inc.
1241 North Franklin Place
Milwaukee, WI 53202
*Address*

Rebecca@will-law.org
*E-mail address*

(414) 727-9455
*Telephone number*

*FAX number*

Print | Save As... | Reset