# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| NOCAMS MUSKEGO, INC., et al. *Plaintiff* | ) | |
| v. | ) | Case No. 2:26-cv-01863 |
| CITY OF MUSKEGO, et al. *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NoCams Muskego, Inc., Citizens Defending Liberty, and Donavan Haidinger .

Date: 10/12/2026

s/ Kirsten A. Atanasoff
*Attorney's signature*

Kirsten A. Atanasoff, WI Bar No. 1116561
*Printed name and bar number*

Wisconsin Institute for Law & Liberty, Inc.
1241 North Franklin Place
Milwaukee, WI 53202
*Address*

Kirsten@will-law.org
*E-mail address*

(414) 727-9455
*Telephone number*

*FAX number*

Print Save As... Reset