UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

NOCAMS MUSKEGO, INC., et al.,

Plaintiffs,

v. Case No. 26-CV-1863

CITY OF MUSKEGO, et al.,

Defendants.

---

**PLAINTIFFS' DISCLOSURE STATEMENT**

---

The undersigned counsel of record for NOCAMS MUSKEGO, INC., CITIZENS DEFENDING LIBERTY, and DONAVAN HAIDINGER, Plaintiffs, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

**Civil L. R. 7.1(a)(1)**: NoCams Muskego, Inc., Citizens Defending Liberty, and Donavan Haidinger.

**Civil L. R. 7.1(a)(2)**: NoCams Muskego, Inc., Citizens Defending Liberty, and Donavan Haidinger have no parent corporation(s) and no publicly owned corporation owns 10% or more of its stock.

**Civil L. R. 7.1(a)(3)**: The law firm expected to appear on behalf of NoCams Muskego, Inc., Citizens Defending Liberty, and Donavan Haidinger is the Wisconsin Institute for Law & Liberty, Inc.

Dated: October 12, 2026

Respectfully Submitted,

WISCONSIN INSTITUTE
FOR LAW & LIBERTY

*s/ Rebecca C. Furdek*

Daniel P. Lennington (#1088694)
Rebecca C. Furdek (#1101543)
Kirsten A. Atanasoff (#1116561)

1241 N. Franklin Place
Milwaukee, WI 53202
Phone: (414) 727-9455

Dan@will-law.org
Rebecca@will-law.org
Kirsten@will-law.org

*Attorneys for Plaintiffs*