UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NOCAMS MUSKEGO, INC., et al.,

Plaintiffs,

v. Case No. 2:26-CV-01863-SCD

CITY OF MUSKEGO, et al.,

Defendants.

**PLAINTIFFS' MOTION TO REMAND AND FOR COSTS AND FEES**

Plaintiffs, by and through their counsel, hereby move the Court, pursuant to 28 U.S.C. § 1447(c), to remand this action back to the Waukesha County Circuit Court, and for an award of attorney's fees and costs.

The grounds for this Motion are more fully explained in Plaintiffs' Memorandum of Law in Support of Motion to Remand. In short, Defendants are trying to have it both ways through "asserting, then immediately disavowing, federal jurisdiction, apparently in hopes of achieving outright dismissal." *Mocek v. AllSaints USA Ltd.*, 229 F. Supp. 3d 910, 914 (N.D. Ill. 2016) (remanding case to district court after a defendant removed to federal court, then promptly sought to dismiss plaintiff's claims for lack of federal jurisdiction). But well-established law says they can't.

By seeking removal, Defendants are the ones who bear the burden to establish that this Court has jurisdiction—yet their own papers argue that they believe the Court does *not* have jurisdiction, particularly as it relates to standing. Furthermore, this Court should award Plaintiffs attorney's fees and costs for having to oppose this

removal under 28 U.S.C. § 1447(c) because Defendants had no objectively reasonable basis to seek such removal.

Dated this 14th day of October, 2026.

Respectfully Submitted,


WISCONSIN INSTITUTE
FOR LAW & LIBERTY

*s/ Daniel P. Lennington*

Daniel P. Lennington (#1088694)
Rebecca C. Furdek (#1101543)
Kirsten A. Atanasoff (#1116561)

1241 N. Franklin Place
Milwaukee, WI 53202
Phone: (414) 727-9455

Dan@will-law.org
Rebecca@will-law.org
Kirsten@will-law.org

*Attorneys for Plaintiffs*