UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NOCAMS MUSKEGO, INC., et al.,

Plaintiffs,

v. Case No. 2:26-CV-01863-SCD

CITY OF MUSKEGO, et al.,

Defendants.

**MOTION TO STAY PLAINTIFFS' RESPONSE DEADLINES**

Pending before the Court are Defendants' Motion to Dismiss (Dkt. 3), Defendants' Motion to Stay (Dkt. 5), and Plaintiffs' Motion to Remand (Dkt. 11).

Plaintiffs hereby move the Court to stay the deadline for their responsive briefs in opposition to Dkt. 3 and Dkt. 5, pending the Court's resolution of the Motion to Remand. Plaintiffs request that, in the event the Court denies their Motion to Remand, Plaintiffs be granted 21 days after such denial to file their responsive briefs in opposition.

Defendants do not oppose this motion as it relates to staying the briefing deadline for Plaintiffs' response to Dkt. 3 (Motion to Dismiss) but otherwise do not consent to the remainder of this Motion.

Dated this 14th day of October, 2026.

Respectfully submitted,

WISCONSIN INSTITUTE
FOR LAW & LIBERTY

*s/ Daniel P. Lennington*

Daniel P. Lennington (#1088694)
Rebecca C. Furdek (#1101543)
Kirsten A. Atanasoff (#1116561)

1241 N. Franklin Place
Milwaukee, WI 53202
Phone: (414) 727-9455

Dan@will-law.org
Rebecca@will-law.org
Kirsten@will-law.org

*Attorneys for Plaintiffs*